IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINCY TYRONE HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:24-CV-216-RAH-KFP |
| NONA ADAMS BROWN, et al., | ) ) ) ) |

**O R D E R**

On July 2, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice. Any pending motions shall be terminated.

Final judgment will be entered separately.

DONE, on this the 31st day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE